UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| TIMOTHY MURPHY,<br>*Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 5:16-CV-00075 |
| TORI SCOTT,<br>*Defendant*. | §<br>§<br>§ | |

**DEFENDANT TORI SCOTT'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(C) AND MOTION FOR SUMMARY JUDGMENT**

# Exhibit A

**Grievance Records with accompanying affidavits, Bates No. 1-7**

## BUSINESS RECORDS AFFIDAVIT

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF WALKER** | § |

BEFORE ME, the undersigned authority, personally appeared, Misti Sorenson, who, being duly sworn by me, deposed as follows:

"My name is Misti Sorenson I am over 18 years of age, of sound mind, capable of making this affidavit, and have personal knowledge of the facts herein stated:

I am employed as the Program Supervisor V of Offender Grievance for the Texas Department of Criminal Justice (TDCJ). I am the custodian of the Offender Grievance Records for the TDCJ, and these records were kept in the regular course of business, and it is the regular course of business for an employee or representative of the TDCJ, with knowledge of the act, event, condition, or opinion, recorded to make the record or to transmit information thereof to be included in such record. The record was made at or near the time or reasonably soon thereafter. I have reviewed the grievance records for Offender **Murphy, Timothy** TDCJ #663115, Cause Number 5:16CV00075, for the time period of January 2015 to the present."

Our records indicate that Offender Murphy, Timothy did file a Step 1 grievance #2016181052 relating to code 599; however, the file copy of this grievance has been misplaced."

"The records attached hereto are the original or exact duplicates of the originals."

_Misti Sorenson_
Misti Sorenson
Program Supervisor V, Offender Grievance
Texas Department of Criminal Justice

SWORN TO AND SUBSCRIBED before me on this the 12th day of August, 2016.

_Deborah K. Hoke_
NOTARY PUBLIC in and for
The State of Texas

[Notary Seal: DEBORAH K. HOKE, Notary Public-State of Texas, Notary ID #1123719-1, Commission Exp. AUG. 06, 2020]

MURPHY - 1

**Texas Department of Criminal Justice**

## STEP 1 OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: 2016178986 |
| Date Received: 7-18-16 |
| Date Due: 8-27-16 |
| Grievance Code: 500 |
| Investigator ID #: I0282 |
| Extension Date: |
| Date Retd to Offender: AUG 0 2 2016 |

Offender Name: Murphy, Timothy B.   TDCJ # 663115
Unit: TO   Housing Assignment: 3AB-01T
Unit where incident occurred: Barry Telford (TO) Unit

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? Corrections Officers Hardin and Haywood   When? 10, 17 July 2016 (resp;
What was their response? No non-meat items were made available as substitutes for meat items.
What action was taken? I did not eat lunches

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On Sun, 10JUL2016, Sack Meals were distributed to 3 Bldg. for lunch. The sack meal consisted exactly of one (1) bland, ground beef between sliced, white bread sandwich and one (1) seasoned, ground beef between sliced, white bread sandwich. Corrections Officer Hardin distributed the sack meals and double-checked for a meat substitute. There was none.

On Sun, 17JUL2016, Sack Meals were distributed to 3 Bldg. for lunch. The sack meal consisted of two (2) bland, ground beef between sliced, white bread sandwiches. Corrections Officer Haywood distributed the sack meals and double-checked for a meat substitute. There was none.

• The issue I am grieving is that the Telford Unit Food Service Department is well aware that because of my religious beliefs and practice, I do not consume animal flesh. Non-meat items including but not limited to, single serving containers of cold cereal, sliced bread, peanut butter and sliced cheese have been available for the provision of a meat substitute (see order pulls from kitchen commissary and vault on 9, 10, 16, 17 July 2016). Even so, no effort has been made to provide meat free sack meals at times when meat inclusive sack meals were distributed compelling me to choose between some basic tenets of my faith and practice, and eating —

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

Action Requested to resolve your Complaint. Meat-free items/sack meals be provided to substitute for meat, of approximate equal caloric and nutritional value when meat inclusive (sack) meals are served/distributed

Offender Signature: _____ Date: 18 Jul 2016

Grievance Response:

BE advised Food Service Manager IV Captain T Scott states meat free sack meals are provided when sack meals are required. No further action is warranted.

Signature Authority: _____ Wilson   Date: 8-1-16

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:   *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

2nd Submission    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

## Texas Department of Criminal Justice
## STEP 2 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2016091123
UGI Recd Date: MAR 28 2016
HQ Recd Date: MAR 30 2016
Date Due: 5-7
Grievance Code: 500
Investigator ID#: 11312
Extension Date: _____

Offender Name: Murphy, Timothy B.   TDCJ# 00663115
Unit: Telford (TO)   Housing Assignment: 3A11-01T
Unit where incident occurred: Telford (TO)

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

Prison Policy 3.01 states that prison units will make available three (3) non-medical diets: Regular; Pork Free; and Meat Free.

The Telford Unit inventory makes provisions for peanut butter sandwiches to be served to Diets For Health with very nearly every sack meal and cheese sandwiches to those with peanut allergies. Telford inventory also permits the entire population a serving of cold cereal once very nearly every day during extended lockdown periods and peanuts, raisins and/or dried cherries. Thus, the inventory does in fact include provisions for the exceedingly few vegetarian practitioners.

As a Jew, the meat free diet system provides me with the least restrictive means of adhering to kosher food laws practical during my period of incarceration as well as health-based dietary choices.

The response by Food Service Manager II S Cullum (and personal experience by myself) strongly indicates no effort will be made to provide meat free sack meals of comparable nutritional and caloric value as meat inclusive sack meals during distribution of meat inclusive sack meals. I have been, following the submission of Grievance #2016091123, still under the burden of extortion/coercion by the Food Service Dept. of TO Unit to violate my religious beliefs and personal choice or to not eat by its failure to provide me with meat free sack meals as shtted/debited in Action Requested and jeopardize my health by means of continued denial of meals (sack).

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)
Appendix G

Offender Signature: _____  Date: 23 MAR 2016

Grievance Response:

An investigation has been conducted in to your allegations. Food Service Procedures Manuel 19.01 states this was within policy. Every effort is made when sack meals are provided for meat free and medical sack meals. No further action is warranted by this office.

Signature Authority: _____ K. Ward  Date: APR 29 2016

Returned because:   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission                CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

2nd Submission                    CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

3rd Submission                    CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                                   Appendix G

Emergency Grievance – Health Risk

# Texas Department of Criminal Justice
## STEP 1 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2016091123
Date Received: 2-12-16
Date Due: 3-23-16
Grievance Code: 500
Investigator ID #: I0282
Extension Date: _____
Date Retd to Offender: MAR 2 2 2016

Offender Name: Murphy, Timothy Brian   TDCJ# 00663115
Unit: Telford (TO)   Housing Assignment: 3A11:01T
Unit where incident occurred: Telford (TO)

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? Correction Officer Distributing Sack Meals   When? Midday Meal 10FEB2016
What was their response? "They're all the same, dude."
What action was taken? No action taken at this time.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

- On or about 20JAN2016 and again on 02FEB2016 I sent Offender Request To Official (Form I-60) forms to Food Service Department Supervisor, Captain Scott. On each I-60 I stated that I am a vegetarian and politely requested to be provided with Meat Free "Johnny" sack meals when such are distributed.

- On 10FEB2016, Telford Unit was placed on "Lock Down" status and "Johnny" sack meals apparently distributed. No meat free sack meals were included among those distributed on 3 Bldg. – A Pod.

- The TDCJ TDCJ makes provisions for these specific non-medical diets: Regular; Pork Free; and Meat Free.

- Failing to provide a meat free "Johnny" sack for me, Captain Scott (of Food Service Department) has arbitrarily denied me access to meals comparable to regular diets.

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

MURPHY - 6

**Action Requested to resolve your Complaint.** To be provided meat free meals nutritionally and calorically comparable to meals provided to those who consume regular diets per TDCJ policy.

**Offender Signature:** [signature]   **Date:** 10 FEB 2016

**Grievance Response:**

Information received from Food Service Manager II S Cullum reveals Telford inventory does not allow for meat free sack meals during lockdown. No further action is warranted.

**Signature Authority:** [signature]   Wilson   **Date:** 3-22-16

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**
Initial Submission   UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
2nd Submission   UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3rd Submission   UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| TIMOTHY MURPHY,<br>*Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 5:16-CV-00075 |
| TORI SCOTT,<br>*Defendant*. | §<br>§<br>§ | |

**DEFENDANT TORI SCOTT'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(C) AND MOTION FOR SUMMARY JUDGMENT**

# Exhibit B

**TDCJ Food Service Procedures Manual with accompanying affidavits, Bates No. 8-13**

# AFFIDAVIT
# LITIGATION RECORDS REQUEST

THE STATE OF TEXAS

COUNTY OF WALKER

BEFORE ME, the undersigned authority, on this day personally appeared **Douglas Sparkman**; and after being first duly sworn according to law, upon his oath, deposed as follows:

"My name is Douglas Sparkman, and I am over eighteen years of age, of sound mind, capable of making this affidavit, and I have personal knowledge of the facts herein stated.

"I am employed as Operations Manager in the Laundry, Food, and Supply Division. I am the custodian of the attached records of the Texas Department of Criminal Justice (TDCJ). These records are kept by the TDCJ in the regular course of business, and it was the regular course of business of the TDCJ for an employee or representative of the Department, with knowledge of the act, event, condition, or opinion recorded to make the record or transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, or opinion or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the originals."

_____
**Douglas Sparkman**
**Operations Manager**
Laundry, Food and Supply Division
Texas Department of Criminal Justice

SWORN TO AND SUBSCRIBED before me by Douglas Sparkman on this 18th day of October, 2017, to certify which witness my hand and seal of office.

_____
Notary Public In and For State of Texas

G. Schuster
Notary's Printed Name

Page 1

MURPHY - 8



| | TEXAS DEPARTMENT OF | Number | 13.07 |
|---|---|---|---|
| | CRIMINAL JUSTICE | Date | March 2016 |
| | | Page | 1 of 1 |
| | Food Service Procedures Manual | Supersedes | September 2015 |

| SUBJECT | MENU SELECTION PLAN |
|---|---|

| HOW DOES THE MENU SELECTION PLAN WORK? | ➤ Any offender may select from one of three menu plans:<br>• <u>Regular tray</u> shall provide the offender with all items that are being offered on the serving line.<br>• <u>Meat-free tray</u> shall provide the offender with all items, except for the meat entrée, that are being offered on the serving line.<br>*(This plan is often referred to as an ovo-lacto vegetarian diet as it provides milk and eggs but does not provide meat.)*<br>• <u>Pork-free tray</u> shall provide the offender with all items, except pork if it is being served, that are being offered on the serving line.<br>*(Note: TDCJ does not provide a true vegetarian diet due to the inability to meet the offender's nutritional requirements with this type of diet.)* |
|---|---|
| CAN A GENERAL POPULATION OFFENDER CHANGE THE TYPE OF TRAY SELECTED? | ➤ Yes, a general population offender can select any type of tray and change the selection from meal to meal. |
| | ➤ Offenders who are fed in-cell, who want a tray other than a regular tray, shall notify the ranking security officer by I-60 of their menu plan choice.<br>• Once an in-cell fed offender has made a menu plan choice, they shall remain on that menu plan until they request a change using an I-60.<br>• Requests to change menu plans can only be made every six months. |
| MENU ITEM REPLACEMENTS | ➤ When meat or pork is served, one of the three options listed below shall be used to replace the meat or pork that will not be served on the meat-free or pork-free trays. All of these options shall be used and shall be rotated to assure variety in menu item replacement:<br>• Option I<br>1 oz of sliced cheese and an additional 4 oz of the beans being served and an additional serving of the bread being served on the regular tray.<br>• Option II<br>1 hard-boiled egg and 1 tablespoon of peanut butter and 1 tablespoon of jelly or 1 ounce of mixed peanut butter and jelly and an additional serving of the bread being served on the regular tray.<br>• Option III<br>1 tablespoon of peanut butter and 1 tablespoon of jelly or 1 ounce of mixed peanut butter and jelly and an additional serving of the bread being served on the regular tray and an additional 4 oz serving of beans being served on the regular tray. |

|  | **TEXAS DEPARTMENT OF CRIMINAL JUSTICE** | Number | 12.03 |
| | | Date | September 2014 |
| | | Page | 1 of 2 |
| | **Food Service Procedures Manual** | Supersedes | March 2010 |

**SUBJECT**  **LOCKDOWN MEALS**

|  | LOCKDOWN shall be defined as the suspension of activities for 24 hours or more in the living areas, i.e. wings, dorms, cellblocks or rows of cellblocks, in an attempt to restore order, minimize threats to the safety and security of officers or offenders or suppress a serious disruption in the operation of a unit. |
|---|---|

| **RESPONSIBILITIES OF THE DEPARTMENT HEAD** | ☑ The department head shall be responsible for assuring that all offenders receive wholesome and nutritious meals during a lockdown and if sack meals are provided that they are properly prepared and stored until time of delivery. |
|---|---|
| | ☑ The department head shall be responsible for coordinating with the warden regarding meal preparation and meal service during the lockdown. |
| | ☑ As soon as the department is notified of a lockdown, the department head shall be responsible for assuring that production of the next meal is adjusted accordingly. |
| | • If the meal has already been prepared, the food shall be correctly stored and utilized during the lockdown, if possible. |
| | • If it is not possible to utilize the prepared food, it shall be properly discarded. |
| | ☑ The department head shall be responsible for assuring that a current inventory of all items that may be needed during the lockdown is available. If additional supplies are required, staff at Laundry and Food Service Administration and the regional distribution center or minor equipment warehouse shall be contacted for assistance. |
| | ☑ The department head shall be responsible for contacting the count room for an accurate count of the number of offenders locked down, by housing area, so that the correct number of meals can be prepared and delivered. |
| | ☑ If no offenders are to be assigned to the department during the lockdown, the department head shall be responsible for coordinating with the warden for additional staff, if available, to assist with meal preparation. |
| | ☑ The department head, in coordination with building security, shall be responsible for making every effort to assure that offenders with special medical needs are provided the correct meals during a lockdown. |
|  | ➢ Documentation of meals served during a lockdown shall be made on the Cook's Worksheet.<br>*(Refer to 03.08 Cook's Worksheet)* |

Case 5:16-cv-00075-CMC   Document 34-1   Filed 10/18/17   Page 13 of 15 PageID #: 146



| | TEXAS DEPARTMENT OF | Number | 12.03 |
|---|---|---|---|
| | **CRIMINAL JUSTICE** | Date | September 2014 |
| | | Page | 2 of 2 |
| | **Food Service Procedures Manual** | Supersedes | March 2010 |

**SUBJECT**       **LOCKDOWN MEALS**

| BEVERAGES DURING A LOCKDOWN | ➢ In the event of a unit lockdown, if the lockdown does not exceed three days, milk does not have to be served.<br>➢ If a lockdown exceeds three days, provisions shall be made to provide milk, at least five times per week, to the offenders in lockdown status.<br>➢ Beverages (tea & punch) should be served during a lockdown, if possible. |
|---|---|
| | 💣 **Pork shall not be served during a lockdown, to include a "quarantine lockdown".** |
| **"QUARANTINE LOCKDOWN"** | ➢ A "quarantine lockdown" refers to a lockdown where a portion(s) of the unit is locked down due to a possible contagious medical condition.<br>➢ Offenders who are placed on "quarantine lockdown" shall receive the same menu and beverage as provided to general population offenders.<br>➢ Quarantined offenders shall be fed using disposable trays, utensils and cups.<br>➢ Trash shall be collected in a disposable plastic trash bag and staff or offenders picking up the trash shall use disposable gloves.<br>➢ The department head, in coordination with building security, shall be responsible for making every effort to ensure that offenders requiring medical diets or those requesting meat-free trays shall be provided the correct meal during the "quarantine lockdowns".<br>➢ Documentation of a "quarantine lockdown" shall be made in the Comment Section of the Cook's Worksheet with the location and number of offenders fed. |

|  | TEXTAS DEPARTMENT OF CRIMINAL JUSTICE | Number | 09.01 |
|---|---|---|---|
| | | Date | September 2017 |
| | | Page | 1 of 2 |
| | Food Service Procedures Manual | Supersedes | September 2015 |

| SUBJECT | IN-CELL MEAL SERVICE |
|---|---|

| | ➢ Offenders shall receive meals in-cell when unit security or staff and offender safety dictates that this method of meal service shall be used.<br>➢ Offenders shall receive meals in-cell when the facility does not have a common dining area.<br>➢ All food must be escorted by staff to in-cell fed areas. |
|---|---|
| **RESPONSIBILITIES OF THE DEPARTMENT HEAD** | ☑ The department head shall be responsible for assuring that staff responsible for in-cell meal delivery are trained on basic sanitation and proper food handling and meal service.<br><br>☑ The department head shall be responsible for assuring that there is adequate and operable equipment for in-cell meal delivery.<br><br>☑ The department head shall be responsible for assuring that staff in in-cell fed area(s) have the item(s) they require, such as hair restraints, beard nets, serving utensils and pocket thermometers, for proper meal service and delivery.<br><br>☑ The department head shall be responsible for assuring that adequate amounts of bulk food or the correct number of individually portioned trays are provided to each housing area(s) where offenders receive their meals in-cell.<br><br>☑ The department head shall be responsible for assuring that all food prepared for in-cell meal service is the correct temperature before leaving the department.<br><br>☑ The department head shall be responsible for auditing and inspecting in-cell fed areas according to departmental procedures.<br><br>☑ The department head shall be responsible for conducting a visual inspection and communicating with in-cell fed offenders a minimum of one time per week or more as needed to ensure compliance with in-cell feeding policies and procedures.<br><br>☑ The department head shall be responsible for assuring that offenders assigned to assist with the feeding process are medically cleared. |
|  | 💣 Electrically heated hot food carts and tray delivery carts used to transport food/trays to in-cell fed areas shall be operational and preheated prior to being filled and plugged in immediately upon arrival.<br><br>💣 Holding times for trays in tray delivery carts shall be one (1) hour or less for heated cabinets and thirty (30) minutes or less for insulated cabinets. |

| | TEXAS DEPARTMENT OF | Number | 09.01 |
|---|---|---|---|
|  | CRIMINAL JUSTICE | Date | September 2015 |
| | | Page | 2 of 2 |
| | Food Service Procedures Manual | Supersedes | September 2014 |

**SUBJECT**  **IN-CELL MEAL SERVICE (cont.)**

| MENU PLANS AND DIETS | ➤ Offenders receiving meals in-cell shall receive the same meal and portions as general population offenders fed in the dining hall to include condiments unless the offender is receiving food loaf or sack meals. |
|---|---|
| | ➤ Offenders receiving meals in-cell shall have the opportunity to select a menu plan.<br>*(Refer to 13.07 Menu Selection Plan)* |
| | ➤ Offenders receiving meals in-cell shall be provided appropriate medical diets. |
| BEVERAGES | ➤ Offenders receiving meals in-cell shall receive the same beverage, unless on container restriction, as offenders receiving their meals in the common dining hall. |
| | ➤ Beverages shall be dispensed from 5 gallon or 10 gallon beverage dispensers only and served as close to meal time as possible. |
| | ➤ For security reasons, meat for offenders receiving meals in-cell may be deboned or a like alternative may be provided for a bone-in meat item, i.e. a chicken patty may be served in place of a leg quarter or pork roll may be served in place of a pork chop. |